IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | H5048780 NE6 |
| ) | |
| vs. ) | ORDER |
| ) | |
| CYRUS N. WUOR, ) | |
| ) | |
| Defendant. ) | |

**IT IS ORDERED:**

The defendant's request to continue the initial appearance regarding Violation H5048780 NE6 is granted.  The defendant Cyrus N. Wuor, must appear in court on **October 26, 2010 at 9:00 a.m.** in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The clerk is directed to mail a copy of this order to Cyrus N. Wuor, 3512 Tortia Street, Lincoln, NE 68521.

DATED this 31st day of August, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge