IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: H5048780 NE6 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CYRUS N. WUOR, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

The Clerk of the Court shall accept payment of $50.00 cash from the defendant as the forfeiture amount due for the fine ordered in this matter. The Clerk of the Court shall forward this payment to the Central Violations Bureau at P.O. Box 70939, Charlotte, NC 28272-0939.

DATED this 28th day of December, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge